**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STEVEN MATHIS, JR., : | |
| : | Civil Action |
| Plaintiff, : | No. 08-cv-6129 (NLH)(KMW) |
| : | |
| v. : | **ORDER** |
| : | |
| CAMDEN COUNTY; JANE DOE; ERIC : | |
| TAYLOR, Warden -- Camden : | |
| County Corr. Fac.; DR. AMED; : | |
| DR. POMERENTZE; OUR LADY OF : | |
| LOURDES HOSPITAL; HOLY SPIRIT : | |
| HOSPITAL; NURSE WILCOX; DR. : | |
| KULLIAT; DR. AMIT P. NAYAR, : | |
| : | |
| Defendants. : | |

**HILLMAN, District Judge**

   For the reasons expressed in this Court's Opinion entered on this date,

   IT IS on this   26th   day of   April   2011, hereby

   **ORDERED** that Defendant Dr. Rashid Ahmad's Motion to Dismiss [Doc. # 39] is **GRANTED** and that Plaintiff Steven Mathis, Jr.'s Section 1983 claim against Dr. Ahmad is **DISMISSED, without prejudice**; and it is further

   **ORDERED** that, in addition to electronic filing, this Order shall be sent via first-class mail to Plaintiff.


At Camden, New Jersey           /s/ NOEL L. HILLMAN
                                NOEL L. HILLMAN, U.S.D.J.